UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | INFORMATION NO.: CR115 103 |
|---|---|---|
| v. | ) ) | VIO: 18 U.S.C. § 371 Conspiracy |
| YOLANDA NEELY-FREEMAN a/k/a YOLANDA BROOKS, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Based upon the Motion to Seal, filed by the United States of America, and for good cause shown therein, it is hereby ORDERED:

That the above-styled Information, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this 9th day of November, 2015.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA