ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN 20 PM 3:08

CLERK _C Adams_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO.: 1:15-cr-00103 |
| ) | |
| v. ) | VIO: 18 U.S.C. § 371 |
| ) | Conspiracy |
| YOLANDA NEELY-FREEMAN ) | |
| a/k/a YOLANDA BROOKS, ) | |
| ) | |
| Defendant. ) | |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Information, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefor, the investigation and arrest of Defendant and others will not be compromised by unsealing said documents and that such documents with be provided to counsel for others, it is,

**ORDERED** that the Government's motion is GRANTED. The Information which was filed against the above-named Defendant by the United States Attorney for the Southern District of Georgia on or about November 6, 2015 in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 20th day of June, 2016.

_____
HON. J. RANDAL HALL
UNITED STATES DISTRICT JUDGE